Gary M. Kaplan (State Bar No. 155530)
gkaplan@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for FIRST FINANCIAL BANK,
AN ARKANSAS BANKING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| QUSAY KASIM,,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; FIRST FINANCIAL BANK; FIRST NATIONAL BANK OF OMAHA; EQUIFAX INFORMATION SERVICES, LLC; and, EXPERIAN INFORMATION SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 4:18-cv-7613-HSG<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY FIRST FINANCIAL BANK, AN ARKANSAS BANKING CORPORATION** |

The Court having considered the Motion for Extension of Time to Respond to Complaint (the "Motion") submitted by defendant First Financial Bank, an Arkansas banking corporation ("FFB"), the support Declaration of Mark H. Allison, and the record in this case, and having determined that adequate notice of the Motion was given to parties in interest as appropriate under the circumstances and that good cause exists for granting the Motion,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The deadline for FFB to respond to Plaintiff's Complaint is extended by 30 days, to February 15, 2019, or such later date as Plaintiff and FFB may agree or the Court may Order.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING MOT. FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY FIRST FINANCIAL BANK - Case No.4:18-cv-7613-HSG

36986\10367886.1

**IT IS SO ORDERED.**

Dated: _____1/22/2019_____

_____
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING MOT. FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT BY FIRST
FINANCIAL BANK - Case No. 4:18-cv-7613-HSG

2

36986\10367886.1