# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUSAY KASIM,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; FIRST FINANCIAL BANK; FIRST NATIONAL BANK OF OMAHA; EQUIFAX INFORMATION SERVICES, LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Case No.: 4:18-CV-07613-HSG<br><br>**ORDER RE: PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE MARCH 26, 2019 CASE MANAGEMENT CONFERENCE**<br><br>DATE:    March 26, 2019<br>TIME:    2:00 p.m.<br>COURTROOM: 2<br><br>**HON. HAYWOOD S. GILLIAM, JR.** |

    Based upon the Plaintiff's request, and good cause, this Court hereby issues the following Order:

    Plaintiff's request to appear by telephone for the March 26, 2019 Case Management Conference is hereby **GRANTED**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: **February 27, 2019**

                                                     _____
                                                     HON. HAYWOOD S. GILLIAM, JR.