Shahrzad Shariati (State Bar No. 318975)
sshariati@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QUSAY KASIM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.;<br>FIRST FINANCIAL BANK;<br>FIRST NATIONAL BANK OF OMAHA;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; AND, EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No. 4:18-cv-07613-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: March 26, 2019<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Floor<br><br>Complaint filed: December 19, 2018 |

Having considered Defendant Experian Information Solutions, Inc.'s ("Experian") request for telephonic appearance and good cause appearing, it is hereby ORDERED that Experian's counsel is excused from personally appearing at the Case Management Conference set for March 26, 2019, at 2:00 p.m. and may appear telephonically. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: March 14, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge