Gary M. Kaplan (State Bar No. 155530)
gkaplan@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for FIRST FINANCIAL BANK,
AN ARKANSAS BANKING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| QUSAY KASIM,, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; FIRST FINANCIAL BANK; FIRST NATIONAL BANK OF OMAHA; EQUIFAX INFORMATION SERVICES, LLC; and, EXPERIAN INFORMATION SERVICES, INC., <br><br> Defendants. | Case No. 4:18-cv-07613-HSG <br><br> **ORDER GRANTING MOTION OF FIRST FINANCIAL BANK, AN ARKANSAS BANKING CORPORATION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

The Court having considered the Motion to Appear Telephonically at Case Management Conference (the "Motion"), and good cause appearing, it is hereby ORDERED that the Motion is GRANTED and that First Financial Bank, an Arkansas banking corporation's counsel is excused from personally appearing at the Case Management Conference set for March 26, 2019, at 2:00 p.m. and may appear telephonically. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: March 18, 2019

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

ORDER GRANTING FFB MOTION TO APPEAR
TELEPHONICALLY AT CMC -
Case No. 4:18-cv-07613-HSG

36986\12358412.1