THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUSAY KASIM,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>Defendant. | Case No: 4:18-cv-07613-HSG<br><br>**ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: **March 26, 2019**<br>Time: **2:00 PM**<br>Ctrm.: **2, 4th Floor** |

Upon consideration of Defendant, EQUIFAX INFORMATION SERVICES LLC ("Equifax"), Motion for Leave to Appear Telephonically at the Case Management Conference ("Motion"), and for good cause shown, it is hereby,

ORDERED that Equifax's Motion is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

*[signature]*
Judge, United States District Court
Northern District of California

- 1 –
DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS [F.R.C.P. 7.1]

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500