Cory J. Rooney (SBN 235838)
LAW OFFICE OF CORY J. ROONEY
PO Box 382
Omaha, NE 68101
Telephone: (402) 933-9865f
Email: rooneylaw@outlook.com
Attorney For Defendant
FIRST NATIONAL BANK OF OMAHA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco)

| | |
|---|---|
| QUSAY KASIM, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:18-cv-07613-JSC |
| | ) |
| vs. | ) [~~PROPOSED~~] ORDER GRANTING |
| | ) DEFENDANT FIRST NATIONAL BANK |
| | ) OF OMAHA'S MOTION TO APPEAR AT |
| BANK OF AMERICA, N.A.; FIRST | ) THE CASE MANAGEMENT |
| FINANCIAL BANK; FIRST NATIONAL | ) CONFERENCE BY TELEPHONE |
| BANK OF OMAHA; EQUIFAX | ) |
| INFORMATION SERVICES, LLC; AND | ) Date: March 26, 2019 |
| EXPERIAN INFORMATION | ) Time: 2:00 PM |
| SOLUTIONS, INC., | ) Ctrm.: 2, 4th Floor |
| | |
| Defendants. | |

Based on Defendant First National Bank of Omaha's Motion to Appear at the Case Management Conference by phone and for good cause, it is hereby ORDERED that counsel for Defendant First National Bank of Omaha may appear by telephone at the Case Management Conference, which is set for March 26, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: \_\_\_3/25/2019_____

*Haywood S. Gill, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge