# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUSAY KASIM,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; FIRST FINANCIAL BANK; FIRST NATIONAL BANK OF OMAHA; EQUIFAX INFORMATION SERVICES, LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No.:** 4:18-cv-7613-HSG<br><br>~~[PROPOSED]~~ **ORDER**<br><br>**HON. HAYWOOD S. GILLIAM, JR.** |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 6/24/2019

*/s/ Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE